FILED

09/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0512

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 21-0512

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CLOVIS CHRISTOPHER GENO,

      Defendant and Appellant.

## ORDER

Appellant Clovis Geno has requested and extension of time of one month to prepare and file his opening brief. Appellant's brief is currently due September 26, 2022. The motion is unopposed by the State. Appellant's council asserts the extension is necessary because he was recently appointed to the case and so no good cause occurring otherwise, appellant's motion is granted. The appellant's opening brief is due on or before October 26, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 16 2022